**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TOREY C. HAYES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:22-cv-00575** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **COMMISSIONER OF SOCIAL** | ) | **MAGISTRATE JUDGE NEWBERN** |
| **SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 11) recommending this case be dismissed without prejudice under Fed. R. Civ. P. 41(b). The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed. Indeed, to date, Plaintiff has not responded to the Commissioner's Motion for a More Definite Statement (Doc. No. 8), or to the Magistrate Judge's Order to Show Cause (Doc. No. 11), or made any other filings in the case since filing the Complaint (Doc. No. 1) on August 2, 2022.

The Court has reviewed the Report and Recommendation and the record in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b). The Commissioner's Motion for More Definite Statement (Doc. No. 8) is **MOOT**.

The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE